**Order entered June 6, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00043-CV

### IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00975-X**

### ORDER

On May 10, 2022, following the filing of an *Anders*[1] brief by Mother's counsel, we mailed Mother a copy of the appellate record on a compact disk (CD) and separately ordered her to file any response to the brief by June 1, 2022. Mother received the CD, but was not able to open it. She did not receive the order directing her to file any response by June 1. Accordingly, we **DIRECT** the Clerk of the Court to send a paper copy of the appellate record to Mother by "FedEx" overnight mail and **RESET** the deadline for the response to **June 27, 2022**.

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

*Because this is an accelerated appeal in a child protection case with an expedited date of disposition, we caution Mother that no extensions will be granted.*

We **DIRECT** the Clerk of the Court to send a copy of this order to Mother, Mother's counsel, and all other parties.

/s/     CRAIG SMITH
JUSTICE